■ MRS. C. GROVE SMITH, Respondent, v ARTIE SHAW PRESENTS, INC., Appellant.—Judgment, Supreme Court, New York County, entered on August 3, 1977, unanimously affirmed for the reasons stated by Hughes, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Silverman and Evans, JJ.

■ In the Matter of PARK EAST CORPORATION et al., Petitioners, v ROBERT P. WHALEN, Respondent.—Upon the remittitur from the Court of Appeals, the proceeding is unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Lupiano, Lane and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BROWN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 4, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738, *People v Saunders,* 52 AD2d 833). No opinion. Concur—Kupferman, J. P., Silverman, Evans, Lane and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMA PARKER, Appellant.—Judgment, Supreme Court, New York County, rendered on August 19, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lupiano, J. P., Birns, Silverman, Fein and Markewich, JJ.

■ In the Matter of NEIL S. GOLDSTEIN, Admitted as NEIL SHELBY GOLDSTEIN, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Murphy, P. J., Lupiano, Birns, Lane and Markewich, JJ.

■ In the Matter of HERMAN ROSEN, Admitted as HERMAN S. ROSEN, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Birns, J. P., Silverman, Evans, Lane and Markewich, JJ.